934 A.2d 635

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANDRE FRAZIER, DEFENDANT–PETITIONER.

October 9, 2007.

IT IS ORDERED that the petition for certification is granted solely for the purpose of a summary remand to the post-conviction relief judge to determine factually the claim of defendant's attorney that the trial judge uttered a remark in chambers evidencing bias; and it is further

ORDERED that the parties are to submit certifications from trial counsel that address defendant's contentions; and it is further

ORDERED that if the certifications reflect a genuine issue of material fact, the post-conviction relief judge is to conduct an evidentiary hearing; and it is further

ORDERED that if the post-conviction relief judge determines that a biased remark in fact was uttered, the judge shall reconsider and decide the petition for post-conviction relief on the merits.

Jurisdiction is not retained.

934 A.2d 635

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAY C. FISHER, DEFENDANT–PETITIONER.

October 24, 2007.

Denied.